UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                                          CRIMINAL NO. 2:08CR19KS-MTP-001

STUART DECUIRE                                                     DEFENDANT

## **ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE**

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#20] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on August 5, 2008, is hereby remitted.

SO ORDERED, this the ___19th___ day of April, 2017.


                                                        s/Keith Starrett
                                                      HONORABLE KEITH STARRETT
                                                      UNITED STATES DISTRICT JUDGE